# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 14-358(1)(DSD/JJK) |
| Roxanne Merrell, Defendant. | Date: September 24, 2015 |
| | Court Reporter: Staci Heichert |
| | Courthouse: Minneapolis |
| | Courtroom: 14W |
| | Time Commenced: 10:03 a.m. |
| | Time Concluded: 11:48 a.m. |
| | Sealed Hearing Time: |
| | Time in Court: 1 Hour & 45 Minutes |

Before David S. Doty, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

    For Plaintiff:   Melinda Williams for Sarah Hudleston, Assistant U.S. Attorney
    For Defendant:   Deborah Ellis   ☒ CJA

☒ **Sentencing.**

☐ Hearing held on objections to the presentence report.

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Verdict | BOP | SR |
|---|---|---|---|
| 1 | X | 240 months | 10 years |
| 2 | X | 240 months | |

Said terms to run  ☒ concurrently   ☐ consecutively

☒ Special conditions of :   **See J&C for special conditions**

☒ Defendant sentenced to pay:
    ☒ Mandatory restitution to be determined within 30 days.
    ☒ Special assessment in the amount of $200.00 to be paid .

☒ Plea and plea agreement accepted.

☒ Defendant remanded to the custody of the U.S. Marshal.

☐ Docket no.:  shall be unsealed at the time the judgment is filed.
☐ Docket no.:  shall remain sealed until.
☒ Docket nos.: 71, 77, 81, 82, 86 shall be sealed indefinitely.

    s/C.B.
Courtroom Deputy