

# UNITED STATES DISTRICT COURT
## District of Minnesota

| | | | |
|---|---|---|---|
| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street Suite 100 St. Paul, MN 55101 (651) 848-1100 | U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse 515 West First Street Suite 417 Duluth, MN 55802 (218) 529-3500 | Edward J. Devitt U.S. Courthouse and Federal Building 118 South Mill Street Suite 212 Fergus Falls, MN 56537 (218) 739-5758 |

February 26, 2018

Roxanne Merrell
Reg. No. 8267-041
FCI - Waseca
P.O. Box 1731
Waseca, MN 56093

Re:   United States of America v. Roxanne Merrell
       Criminal CR 14-358 DSD/JJK & 17-cv-5147 DSD

Dear Ms. Merrell

A Notice of Appeal was filed in the above entitled action on 2/20/18                . Enclosed please find copies of each of the following documents:

- [✓] Revised Information Sheet
- [✓] Notice of Appeal
- [✓] Judgment entered on 1/10/18
- [✓] Order of Judge Doty           dated 1/3/18
- [✓] Docket Entries
- [✓] No filing fee is required-counsel     court appointed or appeal is filed by the government.
- [ ] Filing fee has been paid by defendant, receipt #
- [ ] The $505.00 filing fee has not been paid.

Sincerely,

KATE M. FOGARTY, CLERK

Mary Kay Grzybek       , Deputy Clerk

cc: File CR: 14-358 DSD/JJK